IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. HANKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, ALEXANDER COATE, GARY BREAUX, LOCAL 444, AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO,<br><br>    Defendants.<br>                                                       / | No. C 12-01128 WHA<br><br>**ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

      The parties have filed a stipulation and a request for a 14-day extension of time for defendants to file their responsive pleadings in order to finalize a settlement agreement. A 7-day extension of time will be permitted. Defendants must file their responsive pleadings by May 23, 2012, if no dismissal has been filed. To this extent, the request is **GRANTED.**

      **IT IS SO ORDERED.**

Dated: May 21, 2012.

                                                                          WILLIAM ALSUP<br>
                                                                          UNITED STATES DISTRICT JUDGE