**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JAMES C. HANKINS,                              No. C 12-01128 WHA

11              Plaintiff,

12        v.                                        **ORDER GRANTING IN PART
                                                    REQUEST FOR EXTENSION OF
13   EAST BAY MUNICIPAL UTILITY                     TIME FOR DEFENDANTS TO
     DISTRICT, ALEXANDER COATE, GARY               FILE RESPONSIVE PLEADINGS**
14   BREAUX, LOCAL 444, AMERICAN
     FEDERATION OF STATE, COUNTY, AND
15   MUNICIPAL EMPLOYEES, AFL-CIO,

16              Defendants.

17   _____/

18        The parties have filed a stipulation and a request for a 14-day extension of time for

19   defendants to file their responsive pleadings in order to finalize a settlement agreement.  A 7-day

20   extension of time will be permitted.  Defendants must file their responsive pleadings by May 23,

21   2012, if no dismissal has been filed.  To this extent, the request is **GRANTED.**

22

23        **IT IS SO ORDERED.**

24

25   Dated: May 21, 2012.                          _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28